```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

SATIVA CARPENTER                                                PLAINTIFF

V.                       CIVIL NO. 11-1004

GEORGIA-PACIFIC, LLC                                           DEFENDANT

### O R D E R

NOW on this 27th day of March, 2012, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for the parties having so advised the court, it is ORDERED that the case be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**